■ WILLIAM F. WHITE, Individually and as Executor of BONNIE L. WHITE, Deceased, Appellant, v FRANK B. IACOVANGELO, as Administrator of the Estate of THAD BOSS, M.D., Deceased, et al., Defendants, and TARA J. MAHAR, M.D., Respondent. [954 NYS2d 511]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered June 30, 2011. The order granted the motion of defendants for summary judgment dismissing all claims against defendant Tara J. Mahar, M.D.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Whalen and Martoche, JJ.